COM.

v.

**CARTER, T.**

**2715 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–39–CR–0000879–2015

(Lehigh)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: Z.E.V., a Minor**

**2831 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–51–AP–0000640–2016
FID: 51–FN–002378–2012
(Philadelphia)

Affirmed

**IN the INTEREST OF: A.S.R., a Minor**

**2832 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–51–AP–0000641–2016
FID: 51–FN–002378–2012
(Philadelphia)

Affirmed

**IN the INTEREST OF: S.S.V., a Minor**

**2833 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–51–AP–0000642–2016, FID: 51–FN–002378–2012 (Philadelphia).

Affirmed

COM.

v.

**HANSON, C.**

**2919 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–39–CR–0001582–1983 (Lehigh)

Affirmed

